UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

THELMA VANTERPOOL,

                    Plaintiff,   ORDER OF DISMISSAL

                                  CV 2005-0625 (CBA)(MDG)

   - against -

ALEGIS GROUP, L.P.,

                    Defendant.

- - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 7 2005 ★
P.M. _____
TIME A.M. _____

The parties having advised the Court that they have reached an agreement to settle this action and no party being an infant or incompetent, it is hereby

ORDERED, that this action is discontinued with prejudice and without costs to any party, but with leave to re-open if the settlement agreement is not consummated and application for reinstatement is made within sixty days of the date of this Order.

Dated: Brooklyn, New York
       June 6, 2005

                                             /s/
                                  CAROL B. AMON
                                  UNITED STATES DISTRICT JUDGE